IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN MATHIAS,

    Plaintiff,

vs.        No. 09-CV-00065 WJ/GBW

LEIGHTON REDHOUSE, DAMIAN LUJAN,
and BRION BERRIOS, in their individual capacities,

    Defendants.

**STIPULATED PROTECTIVE ORDER FOR INTERNAL AFFAIRS FILES**

THIS MATTER came before the Court upon the Unopposed Motion for Protective Order Regarding Internal Affairs Files, filed by Defendants Redhouse, Lujan and Berrios, and stipulated to by the parties through their respective counsel. The Court being fully advised in the matter finds that the unopposed motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

    A.    Defendants will produce their Internal Affairs files for an *in camera* inspection to the Court;

    B.    Defendants will provide the Court and Plaintiff's counsel with a written list of documents which identifies the objections to production and privileges claimed

("Vaughn Index");

  C. Defendants will redact the home addresses and social security numbers of any Albuquerque Police Officers, or non-parties, from such part(s) prior to any disclosure of their Internal Affairs files to Plaintiff;

  D. Plaintiff and Plaintiff's attorneys will return the contents of Defendants' Internal Affairs files to Defendants' attorneys within thirty (30) days of the resolution of this lawsuit, or in the event of the dismissal of an individual Defendant, the return of his Internal Affairs file within thirty (30) days of the dismissal.

  E. Plaintiff and Plaintiff's attorneys will purge all copies of the contents of any produced Internal Affairs files at the resolution of this lawsuit; and

  F. Plaintiff and Plaintiff's attorneys will not disclose or produce the contents of any produced Internal Affairs files to any non-party at any time.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE