IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOHN MATHIAS,**

    **Plaintiff,**

vs.                                        No. 09-cv-00065 WJ/GBW

**LEIGHTON REDHOUSE, DAMIAN LUJAN,
and BRION BERRIOS, in their individual capacities,**

    **Defendants.**

## STIPULATED PROTECTIVE ORDER FOR ALBUQUERQUE POLICE DEPARTMENT PERSONNEL FILES

THIS MATTER came before the Court upon the Unopposed Motion for Protective Order For Albuquerque Police Department Personnel Files, filed by Defendants Redhouse, Lujan and Berrios, and stipulated to by the parties through their respective counsel. The Court being fully advised in the matter finds that the unopposed motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

A. Defendants will produce their personnel files to Plaintiff, excluding any home addresses, home phone numbers, health insurance information, information related to their spouses and/or children, banking information, social security numbers, pre-employment

applications and psychiatric evaluations, or any internal affairs information contained therein which is the subject of a separate Motion and Order;

  B. Plaintiff and Plaintiff's attorneys will return the contents of Defendants' personnel files to Defendants' attorneys within thirty (30) days of the resolution of this lawsuit, or in the event of the dismissal of an individual Defendant, the return of his personnel file within thirty (30) days of the dismissal;

  C. Plaintiff and Plaintiff's attorneys will purge all copies of the contents of the documents from Defendants' personnel files at the resolution of this lawsuit; and

  D. Plaintiff and Plaintiff's attorneys agree not to disclose or produce the contents of Defendants' personnel files to any non-party at any time.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE